Steven Bruce, Esq. CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration,<br><br>　　　　Defendant | CIVIL ACTION No.: 06-CV-6108 MHP<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY AND ~~PROPOSED~~ ORDER<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that plaintiff, TERRENCE DAVIS, substitutes STEVEN BRUCE, Esq., as his attorney of record in this action in the place of SALLY SKLAR, Esq.

_10/30/06_
Date

_[signature]_
TERRENCE DAVIS, Plaintiff

I accept this substitution.

_10/30/06_
Date

_[signature]_
STEVEN BRUCE, New Attorney

I consent to the above substitution.

_11/1/06_
Date

_[signature]_
SALLY SKLAR, Former Attorney

Substitution of Attorney - 1                                               06-CV-6108 MHP

1  [PROPOSED] ORDER

3  IT IS SO ORDERED.

4  11/6/2006
5  Date                              Marilyn  Judge