Steven Bruce, Esq. CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiffs

FILED

DEC 17 2007

DEC 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant | CIVIL ACTION No.: 3:06-CV-6108 MHP<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR A PROTECTIVE ORDER AND ITS SUPPORTING NOTICE AND MEMORANDUM UNDER SEAL |

The Court, having considered the briefing regarding the Plaintiff's administrative motion for leave to file a motion for a protective order and its supporting notice and memorandum under seal, IT IS HEREBY ORDERED that:

Plaintiff(s) shall be permitted to file the motion for a protective order and its supporting Notice and Memorandum under seal on the Motion for Protective Order which shall be heard on January 28, 2008.

DATED: 12/19/07

_____
MARILYN HALL PATEL
U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR
LEAVE TO FILE MOTION FOR A PROTECTIVE ORDER AND ITS SUPPORTING
NOTICE AND MEMORANDUM UNDER SEAL         - 1 -
06-CV-6108 MHP