Steven Bruce, Esq. CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant | CIVIL ACTION No.: 3:06-CV-6108 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO FILE PORTIONS OF MOTIONS AND OTHER DOCUMENTS RELATING TO PLAINTIFF JOHN DOE'S IDENTITLY UNDER SEAL. (LOCAL RULE 79.5) |

[~~PROPOSED~~] ORDER

The Court, having considered Plaintiff's motion to file any document relating to this case under seal without a 10-year limitation and the arguments of Defendant's opposition and memorandum in support thereto, IT IS HEREBY ORDERED that:

///

///

1  Plaintiff's motion to file all documents under seal so as to not reveal the identity of
2  Plaintiff now known as John Doe is GRANTED, subject to revisitation
3  by the court at the next hearing on this matter.
4  IT IS SO ORDERED.

DATED: 12/21/07

Marilyn Hall Patel
U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE PORTIONS OF
MOTIONS AND OTHER DOCUMENTS RELATING TO PLAINTIFF JOHN DOE'S
IDENTITLY UNDER SEAL           - 2 -                    06-CV-6108 MHP