JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>    Defendant. | No. C 06-6108 MHP<br><br>**E-FILING CASE**<br><br>[~~PROPOSED~~] **STIPULATION TO EXTEND DATES AS TO PENDING MOTIONS**<br><br>Date:  February 4, 2008<br>Time:  2:00 p.m.<br>Courtrm:  15, 18th Floor |

    The parties stipulate that the current hearing date on the pending motions for leave to file a Third Amended Complaint and motion for class certification be continued to **February 11, 2008**. Defendant's opposition briefs shall be due on **January 22, 2008**. Plaintiff's reply briefs shall be due on **January 29, 2008**.

    The request is made to accommodate the illness of SSA's counsel.


                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO

                                        United States Attorney

Dated: January 10, 2008                          _____/s/_____
                                                ANDREW Y.S. CHENG
                                                Assistant United States Attorney

| | |
|---|---|
| Dated: January 10, 2008 | _____/s/_____<br>STEVEN F. BRUCE<br>Attorney for Plaintiffs |

**~~PROPOSED~~ ORDER**

The Court, having considered the stipulation of the parties, continues the hearing date as to plaintiff's motions to **February 11, 2008, at 2:00 p.m.** Defendant's opposition briefs shall be filed no later than **January 22, 2008**. Plaintiff's reply briefs shall be filed no later than **January 29, 2008.**

IT IS SO ORDERED.

DATED: January 11, 2008



STIPULATION AND ORDER TO EXTEND DATES,
C 06-6108 MHP

2