Steven Bruce, Esq. CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant | CIVIL ACTION No.: 3:06-CV-6108 MHP<br><br>[~~PROPOSED~~] STIPULATION TO EXTEND DATE OF HEARING FOR PLAINTIFF'S MOTIONS TO AMEND AND FOR CERTIFICATION<br><br>Date: February 11, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

The parties stipulate that the hearing date on Plaintiff's pending Motions for Leave to Amend Second Amended Complaint and for Certification of Class Action Based on [Proposed] Third Amended Complaint be continued to **February 25, 2008**. Plaintiff's reply briefs shall be due on **February 5, 2008**.

///

///

This request is made to accommodate a family illness of an associate counsel for Plaintiff(s).

Respectfully submitted,

Date: January 25, 2008

/s/
Steven Bruce, Attorney for Plaintiffs

Date: January 25, 2008

/s/
Andrew Cheng, Attorney for Defendant

[Proposed] Order

The Court, having considered the stipulation of the parties, hereby orders the hearing date for Plaintiff's Motions for Leave to Amend Second Amended Complaint and for Certification of Class Action Based on [Proposed] Third Amended Complaint continued to **February 25, 2008**, at 2:00 p.m., in Courtroom 15, 18th Floor. Plaintiff's reply briefs shall be filed on or before **February 5, 2008**.

IT IS SO ORDERED.

Date: 1/29/08

Marilyn Hall Patel
U.S. District Judge