Steven Bruce, Esq. CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA  94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant | CIVIL ACTION No.: 3:06-CV-6108 MHP<br><br>~~[PROPOSED]~~ ORDER AND STIPULATION FOR ORDER ENLARGING TIME FOR FILING PLAINTIFF'S AMENDED COMPLAINT AND MOTION FOR CERTIFICATION AND FOR FILING DEFENDANT'S RESPONSIVE PLEADINGS [L.R. 6-1(b), 6-2] |

Pursuant to Civil Local Rules 6-1(b)[1] and 6-2, the parties stipulate that the Court-ordered dates to amend the Second Amended Complaint and file the Motion for Certification of Class Action be extended for sixty (60) days to no later than **July 21, 2008**, and to **July 31, 2008**, respectively.  Defendant will file its responsive pleading to Plaintiff's amended complaint and opposition to motion for certification no later than **September 29, 2008**.  Plaintiff's reply brief in support of his motion for class certification will be filed no later than **October 10, 2008**.

///

///

///

---

[1] The parties agree that the ten-day requirement in L.R. 6-1(b) is waived.

[PROPOSED] ORDER AND STIPULATION FOR ORDER ENLARGING TIME FOR
FILING PLAINTIFF'S AMENDED COMPLAINT AND MOTION FOR CERTIFICATION
AND FOR FILING DEFENDANT'S RESPONSIVE PLEADINGS
- 1 -                    06-CV-6108 MHP

The hearing date for the motion for class certification will be noticed for **November 3, 2008.** If there is a motion to dismiss the amended complaint filed, it will be noticed for **November 3, 2008**.

This request is made to allow Plaintiff's counsel and Cotchett, Pitre and McCarthy to continue discussing the case and execute an association agreement.

                                               Respectfully submitted,

                                               /s/

Date:  May 21, 2008                          Steven Bruce, Attorney for Plaintiffs

                                               /s/

Date:  May 21, 2008                          Andrew Cheng, Attorney for Defendant

///

///

///

1                                      [Proposed] Order

The Court, having considered the stipulation of the parties, hereby orders that:

1. The time for Plaintiffs to file an amended complaint be extended to **July 21, 2008;**

2. The time for Plaintiffs to file the Motion for Certification of Class Action be extended to **July 31, 2008**;

3. The time for Defendant to file a responsive pleading to Plaintiffs' amended complaint will be no later than **September 29, 2008**;

4. The time for Defendant to file its Opposition to Plaintiffs' Motion for Certification of Class Action no later than **September 29, 2008**;

5. Plaintiff's reply brief in support of his motion for certification will be due on **October 10, 2008**;

6. The hearing dates for the motion for class certification and for any motion to dismiss filed by defendant will be **November 3, 2008**; and

7. The ten-day requirement of Local Rule 6-1(b) is waived.

IT IS SO ORDERED.

Date:   5/22/2008



[PROPOSED] STIPULATION TO EXTEND DATE OF HEARING FOR PLAINTIFF'S MOTIONS TO AMEND AND
FOR CERTIFICATION         - 3 -         06-CV-6108 MHP