Steven Bruce, Esq. CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA  94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant | CIVIL ACTION No.:  3:06-CV-6108 MHP<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR SUSPENDING LITIGATION FOR DEFENDANT'S REVIEW OF PLAINTIFFS' OFFER OF SETTLEMENT |

The parties stipulate that the current dates to amend the Second Amended Complaint and file the Motion for Certification of Class Action (Doc. No. 77) be extended for forty-five (45) days to **September 4, 2008**, and to **September 15, 2008**, respectively.  Defendant will file its responsive pleading to Plaintiff's amended complaint and opposition to motion for certification no later than **November 13, 2008**.  Plaintiff's reply brief in support of his motion for class certification will be filed no later than **November 24, 2008**.

///

///

The hearing date for the motion for class certification will be noticed for **December 22, 2008.** If there is a motion to dismiss the amended complaint filed, it will be noticed for **December 22, 2008**.

This request is made to allow Defendant adequate time to review Plaintiffs' Offer of Settlement, sent on July 15, 2008.

|  | Respectfully submitted, |
|---|---|
|  | /s/ |
| Date:  July 21, 2008 | Steven Bruce, Attorney for Plaintiffs |
|  | /s/ |
| Date:  July 21, 2008 | Andrew Cheng, Attorney for Defendant |

///

///

///

[~~Proposed~~] Order

The Court, having considered the stipulation of the parties, hereby orders that:

1. The time for Plaintiffs to file an amended complaint be extended to **September 4, 2008;**

2. The time for Plaintiffs to file the Motion for Certification of Class Action be extended to **September 15, 2008**;

3. The time for Defendant to file a responsive pleading to Plaintiffs' amended complaint will be no later than **November 13, 2008**;

4. The time for Defendant to file its Opposition to Plaintiffs' Motion for Certification of Class Action no later than **November 13, 2008**;

5. Plaintiff's reply brief in support of his motion for certification will be due on **November 24, 2008**; and

6. The hearing dates for the motion for class certification and for any motion to dismiss filed by defendant will be **December 15, 2008**.

IT IS SO ORDERED.

Date: July 22, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel