```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (SBN 164613)
   Assistant United States Attorney
4  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
7      Telephone:    (415) 436-6813
       Facsimile:    (415) 436-6748
8      Email:        andrew.cheng@usdoj.gov

9  Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>                        Plaintiff,<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                        Defendant.<br>_____<br><br>JOHN DOE,<br><br>                        Plaintiff,<br><br>              v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                        Defendant.<br>_____ | No. C 06-6108 MHP<br>No. C 09-980 MHP<br><br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND HEARING DATES** |

The parties stipulate to the following:

1. On or before **September 17, 2009**, plaintiff will file his First Amended Complaint in the case of *Doe v. Astrue*.

2. On or before **October 6, 2009,** or twenty days after the filing of the First Amended Complaint (whichever date is sooner) in *Doe v. Astrue*, defendant will file his Answer to the First Amended Complaint.

3. On or before **October 12, 2009**, defendant will provide a rough draft of a *Vaughn* index listing the documents being withheld by SSA under one or more FOIA exemptions.

4. On or before **October 23, 2009**, the parties will propound interrogatories, requests for production of documents, and initial disclosures in the *Doe v. Astrue* case. The due date for the interrogatories and requests for production of documents will be **December 4, 2009**.

5. Defendant will produce documents responsive to the outstanding *Davis* document demands two weeks from the Court's execution of the mutually agreeable protective order. The production will occur in any event, no later than **October 9, 2009**, provided that the protective order has been signed.

6. On or before **October 26, 2009**, the parties will file any motions for partial summary judgment as to the FOIA claim in the case of *Davis v. Astrue*. The hearing date on this motion will be **November 30, 2009**, at 2:00 p.m.

7. Except as stated above, all other discovery disputes and discovery will be stayed until **January 8, 2010**.

8. The parties will schedule a mutually convenient status conference to be held within three weeks after the parties have completed meeting and conferring regarding any outstanding discovery issues.

Respectfully submitted,

JOSEPH P. RUSSONIELLO

United States Attorney

Dated: August 26, 2009 _____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

1
2
3  Dated: August 26, 2009           _____/s/_____
                                   STEVEN F. BRUCE
4                                  Attorney for Plaintiffs
5
6
   ~~PROPOSED~~ ORDER
7
       The Court, having considered the stipulation of the parties, adopts the dates stated above.
8
       IT IS SO ORDERED.
9
10
11  DATED:__8/28/2009_____                    _____
                                                   HON. MARILYN H. PATEL
12                                                 U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*