```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (SBN 164613)
   Assistant United States Attorney
4  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
5
6       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
7       Telephone:    (415) 436-6813
        Facsimile:    (415) 436-6748
8       Email:        andrew.cheng@usdoj.gov

9  Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>                Plaintiff,<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                Defendant.<br><br>JOHN DOE,<br><br>                Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                Defendant. | No. C 06-6108 MHP<br>No. C 09-980 MHP<br><br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL AND DISCOVERY DATES** |

The parties stipulate to the following:

1. Plaintiff's motion to compel documents - based on no agreement to Defendant's proposed protective order –currently noticed for September 18, 2009 is continued to **October 23, 2009** because Assistant U.S. Attorney Michael Pyle is taking over as lead counsel for defendant.

1   2.  No later than two weeks after documents are served in the *Davis* action, the parties will propound interrogatories, requests for production of documents, and initial disclosures in the *Doe v. Astrue* case.

Respectfully submitted,

JOSEPH P. RUSSONIELLO

United States Attorney

Dated: September 9, 2009

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated:   September 9, 2009

_____/s/_____
STEVEN F. BRUCE
Attorney for Plaintiffs

~~PROPOSED~~ ORDER

The Court, having considered the stipulation of the parties, adopts the dates stated above.

IT IS SO ORDERED.  **The parties, with new counsel, shall meet and confer and draft a a protective order  for submission to this court.**

DATED:__9/10/2009_____

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel