```
JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7322
    Facsimile:    (415) 436-6748
    Email:        michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>　　　　　　Plaintiff,<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　　　Defendant.<br>_____<br>JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　　　Defendant.<br>_____ | No. C 06-6108 MHP<br>No. C 09-980 MHP<br><br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE** |

　　　　The parties stipulate to the following, subject to the Court's approval, because they have not been able to resolve their differences about a protective order in this case despite having met and conferred on more than one occasion:

　　　　1.　On or before October 28, 2009, each party will file a letter brief of no more than two pages and Defendant will file his proposed protective order with his letter brief.

2.  The Court will hold a telephonic hearing about the protective order on October 30, 2009 at 3:00 p.m. instead of a hearing on October 23, 2009 (which was the date previously set by the Court).  The parties request the additional time in this stipulation because of some unexpected professional obligations this week that Defendant's counsel has been required to perform.

                        Respectfully submitted,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

Dated: October 21, 2009                      /s/
                        MICHAEL T. PYLE
                        Assistant United States Attorney


Dated:  October 21, 2009                  /s/
                        STEVEN F. BRUCE
                        Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1.  On or before October 28, 2009, each party shall file a letter brief of no more than two pages and Defendant shall file his proposed protective order with his letter brief.

2.  The Court will hold a telephonic hearing about the protective order on October 30, 2009 at 3:00 p.m.


DATED: October 23, 2009                    /s/
                        HONORABLE MARILYN HALL PATEL
                        U.S. DISTRICT COURT JUDGE