MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5087
    Facsimile:   (408) 535-5081
    Email:       michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

Steven Bruce, Esq., Legal Director (CBN 70300)
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA   94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>                Plaintiff,<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                Defendant.<br>_____<br>JOHN DOE,<br><br>                Plaintiff,<br><br>           v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>                Defendant. | No. C 06-6108 MHP<br>No. C 09-980 MHP<br><br>**E-FILING CASE**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY AND FURTHER BRIEFING SCHEDULE** |

1     Pursuant to the Court's instructions at the hearing on Plaintiffs' Motions for Partial Summary Judgment on November 1, 2010 and subject to the approval of the Court, the parties hereby submit this Stipulation and Order regarding a schedule for further briefing and discovery as follows:

1. The parties agree that any further discovery and summary judgment briefing should be bifurcated into two phases. The parties agree that discovery and briefing in the first phase shall focus on the following issues: (i) that Plaintiffs lack standing to bring their claims; (ii) that Plaintiffs' claims are barred by the applicable statute of limitations; and (iii) that the Court lacks jurisdiction to award Plaintiffs' requested remedies (collectively, "First Phase Issues"). In the second phase, the parties agree that discovery and summary judgment briefing should focus on Plaintiffs' requested remedies and whether the requested remedies constitute an undue burden or a fundamental alteration on Defendant.

2. As to the first phase, discovery regarding First Phase Issues will close on January 28, 2011 for all parties.

3. Regarding such discovery, the parties agree that Defendant will take the deposition of each Plaintiff. The parties also agree that the following accommodations should be made for each Plaintiff: (i) the depositions shall not take place in the U.S. Attorney's Office but in a room elsewhere in the federal building; (ii) each Plaintiff shall be entitled to be accompanied by counsel as well as an individual of their choosing who can provide psychological support but shall not interfere with the examination; and (iii) each Plaintiff will be entitled to take as many breaks as necessary with the understanding that each Plaintiff's need for breaks might mean that their deposition may not be completed in a single a day.

4. Defendant shall file an opening brief addressing First Phase Issues on February 25, 2011.

5. Plaintiffs shall file an opposition brief addressing First Phase Issues on March 18, 2011.

6. Defendant shall file a reply brief addressing First Phase Issues on April 1, 2011.

7. A hearing on the briefing specified above shall take place on April 18, 2011 at

1 | 2:00 p.m. or such other time as the Court may set.

2 |     8.    With respect to the second phase, which shall focus on Plaintiffs' requested
3 | remedies and whether the requested remedies constitute an undue burden or a fundamental
4 | alteration on Defendant, the parties agree that it would be premature to propose a schedule for
5 | discovery and briefing until the Court rules on the First Phase Issues. However, the parties agree
6 | to meet and confer regarding such a schedule immediately following a ruling or further guidance
7 | from the Court regarding the First Phase Issues.

8 |     9.    The parties reserve their right to seek enlargements of time, as may be required.

                            Respectfully submitted,

                            MELINDA HAAG
                            United States Attorney

Dated: November 15, 2010          _____/s/_____
                            MICHAEL T. PYLE
                            Assistant United States Attorney

Dated: November 15, 2010          _____/s/_____
                            STEVEN F. BRUCE
                            Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

    The Court, having considered the stipulation of the parties, approves the schedule set forth above.

DATED:__11/16/2010_____        _____
                                                  HONORABLE MARILYN H. PATEL
                                                  United States District Judge

