Steven Bruce, Esq., CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA  94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorneys for Plaintiff

MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:   (408) 535-5087
    Facsimile:    (408) 535-5081
    Email:       michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant<br><br>JOHN DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>        Defendant | CIVIL ACTION Nos.:   3:06-CV-6108 MHP<br>                                &   3:09-CV-980 MHP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiffs Terrence Davis and John Doe ("Plaintiffs") and Defendant Michael J. Astrue ("Defendant") hereby submit this Stipulation and Proposed Order revising the schedule for further briefing and discovery previously proposed by the parties and approved by the Court on November 16, 2010 ("Order").  (ECF No. 191.)  Subject to the Court's approval, the parties have agreed as follows:

1. After the Court entered the Order, the parties proceeded with discovery concerning the First Phase Issues of "(i) that Plaintiffs lack standing to bring their claims; (ii) that Plaintiffs' claims are barred by the applicable statute of limitations; and (iii) that the Court lacks jurisdiction to award Plaintiffs' requested remedies (collectively, 'First Phase Issues')."  (ECF No. 191 at 2:6-10.)  Disputes have arisen between the parties.  The disputes involve the extent to which discovery sought by Plaintiffs, including the Fed. R. Civ. P. 30(b)(6) depositions and documents recently requested by Plaintiffs, are relevant to First Phase Issues, and the following request, refused by Plaintiffs, made by Defendant:

> With regard to the depositions of individuals and organizations other than Plaintiffs that Defendant previously requested, we ask you to state whether or not you will stipulate that the only witnesses (other than SSA employees) you will rely on in opposing Defendant's First Phase motion for summary judgment will be Plaintiffs.  If you are not willing to so stipulate then Defendant will be prepared to issue subpoenas to have those witnesses testify.

2. To better enable both the parties and the Court to assess the need for the disputed discovery, the parties agree that these disputes would be best resolved after Plaintiffs and Defendant each file their respective opening brief regarding First Phase Issues.  By way of example, Defendant could then seek to depose any third party that Plaintiffs actually rely upon in opposing Defendant's motion for summary judgment as to the First Phase Issues as opposed to the current schedule which would require Defendant to depose every potentially relevant third party before filing its motion.  Similarly, Plaintiffs could seek to depose Defendant pursuant to Fed. R. Civ. P. 30(b)(6) to respond to the arguments Defendant makes in his opening brief on the First Phase Issues.

STIPULATION AND PROPOSED ORDER
- 2 -    06-CV-6108 MHP & 09-CV-980 MHP

3. The parties therefore propose that the schedule set forth in the Order be revised so as to provide each party with an opportunity to take discovery after each side files an opening brief regarding First Phase Issues. The parties also propose a short continuance in the date by which Defendant will file his opening brief on First Phase Issues because counsel for Defendant had a 3-5 day bench trial previously scheduled to commence on February 7, 2011 continued to February 22, 2011 and the continuance took place after the date of the earlier stipulation setting the schedule.

4. The parties propose the following revised schedule:

   a. Defendant shall file an opening brief addressing First Phase Issues on **March 11, 2011**.

   b. Plaintiffs shall have until **April 25, 2011**, to take any additional discovery regarding First Phase Issues.

   c. Plaintiffs shall file an opposition brief addressing First Phase Issues on **May 25, 2011**.

   d. Defendant shall have until **July 11, 2011**, to take any additional discovery regarding First Phase Issues.

   e. Defendant shall file a reply brief addressing First Phase Issues on **August 1, 2011**.

   f. A hearing on the briefing specified above shall take place on **August 15, 2011**.

5. The parties reserve their right to seek enlargements of time, as may be required.

Dated:  January 14, 2011            /s/ Steven Bruce
                                    Attorneys for Plaintiff


Dated:  January 14, 2011            /s/ Michael T. Pyle
                                    Attorneys for Defendant

STIPULATION AND PROPOSED ORDER
                                    - 3 -     06-CV-6108 MHP & 09-CV-980 MHP

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

1. Defendant shall file an opening brief addressing First Phase Issues on **March 11, 2011**.

2. Plaintiffs shall have until **April 25, 2011**, to take any additional discovery regarding First Phase Issues.

3. Plaintiffs shall file an opposition brief addressing First Phase Issues on **May 25, 2011**.

4. Defendant shall have until **July 11, 2011**, to take any additional discovery regarding First Phase Issues.

5. Defendant shall file a reply brief addressing First Phase Issues on **August 1, 2011**.

6. A hearing on the briefing specified above shall take place on **August 15, 2011**.

DATED: 1/18/2011



MARILYN HALL PATEL
U.S. DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

- 4 -    06-CV-6108 MHP & 09-CV-980 MHP