MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:   (408) 535-5087
   Facsimile:   (408) 535-5081
   Email:   michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br>        Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>        Defendant. | No. C 06-6108 MHP & No. C 09-980 MHP<br><br>**STIPULATED ADMINISTRATIVE MOTION TO REMOVE DOCUMENT FROM DOCKETS AND [PROPOSED] ORDER**<br><br>Hon. Marilyn Hall Patel |
| JOHN DOE,<br>        Plaintiff,<br>   v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>       Defendant. | |

1   The parties stipulate to the following administrative request regarding a document currently in the public file in the *Doe* and *Davis* cases.  The basis for the stipulation is as follows: On March 24, 2011, Plaintiffs' counsel notified Defendant's counsel of a concern that a few words in the Declaration of Wanda Adams in Support of Defendant's Motion for Summary Judgment (Document No.118 in docket of the *Doe* case and No. 204 in the docket of the *Davis* case) could possibly lead to the identification of Mr. Doe, whose identity is confidential under a prior order of the Court.  *See* Doe Docket No. 2.  In order to remove any possible issue with the document, the parties have stipulated to request an order from the Court permanently removing Document No.118 in the docket of the *Doe* case and No. 204 in the docket of the *Davis* case.  Defendant's counsel will then further redact the document in a form acceptable to Plaintiffs' counsel and file the further redacted declaration in the *Doe* and *Davis* cases.

**IT IS SO STIPULATED**:

Dated: March 29, 2010                Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
MICHAEL T. PYLE
Assistant United States Attorney

_____/s/_____
STEVEN F. BRUCE
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Document No.118 in the docket of the *Doe* case and No. 204 in the docket of the *Davis* case shall be permanently removed from the docket in these cases.  Defendant's counsel shall redact the document in a manner acceptable to Plaintiffs' counsel and re-file it.

DATED: 3/30/2011

_____
HONORABLE MARILYN H. PATEL
U.S. DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*