1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
4
     150 Almaden Blvd., Suite 900
5    San Jose, California 95113
     Telephone:      (408) 535-5087
6    Facsimile:      (408) 535-5081
     Email:          michael.t.pyle@usdoj.gov
7
   Attorneys for Federal Defendant
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   TERRENCE DAVIS,                     )   No. C 06-6108 MHP & No. C 09-980 MHP
13                                      )
                 Plaintiff,             )   **STIPULATION AND ~~[PROPOSED]~~**
14                                      )   **ORDER REGARDING TEMPORARY**
          v.                            )   **STAY OF LITIGATION DURING**
15                                      )   **SETTLEMENT NEGOTIATIONS**
   MICHAEL J. ASTRUE, Commissioner of   )
16 the Social Security Administration,  )   Hon. Marilyn Hall Patel
                                        )
17               Defendant.             )
                                        )
18 _____

19 JOHN DOE,                            )
                                        )
20               Plaintiff,             )
                                        )
21        v.                            )
                                        )
22 MICHAEL J. ASTRUE, Commissioner of   )
   the Social Security Administration,  )
23                                      )
                                        )
24               Defendant.             )
   _____ )
25

26

27

28

1    The parties stipulate to the following matter, subject to the Court's approval.   On April 7,

2   2011 the parties held a settlement conference before the Honorable Elizabeth D. Laporte, and the

3   parties made sufficient progress toward a settlement of the *Doe* and *Davis* cases that they have

4   agreed to a schedule for a further exchange of certain information and to draft and meet and

5   confer about an agreement that would resolve these cases.  The schedule is contained in Judge

6   Laporte's civil minutes dated April 7, 2011.  *See* Davis D.N. 223.  The schedule agreed upon by

7   the parties would culminate, if necessary, in a further settlement conference with Judge Laporte

8   on May 24, 2011 at 2:00 p.m.  The parties thus request that the Court stay the *Doe* and *Davis*

9   cases for all purposes until May 31, 2011, as this stay will allow the parties to focus their efforts

10   on a good faith effort to resolve these cases.

11   **IT IS SO STIPULATED**:

12   Dated: April 8, 2011                    Respectfully submitted,

13

14                                          MELINDA HAAG

15                                          United States Attorney

16

                                           _____/s/_____
17                                          MICHAEL T. PYLE
                                           Assistant United States Attorney
18

19                                          _____/s/_____
20                                          STEVEN F. BRUCE
                                           Attorney for Plaintiffs
21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

23       The *Doe* and *Davis* cases are stayed for all purposes until May 31, 2011.  The scope of the

24   stay includes all dates and events in these cases, including, but not limited to all discovery,

25   motion practice, court deadlines and hearing dates.  The only matter outside the scope of the stay

26   is the settlement proceedings being conducted by Judge Laporte.

27
     DATED:_____
         4/11/2011
28
                                           HONORABLE MARI_____
                                           U.S. DISTRI____

IT IS SO ORDERED

Judge Marilyn H. Patel