MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:    (408) 535-5087
    Facsimile:    (408) 535-5081
    Email:    michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>    Defendant. | No. C 06-6108 EMC & No. C 09-980 EMC<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER REGARDING FILING ~~OF~~<br>JOINT STATUS CONFERENCE<br>STATEMENT**<br><br>Hon. Edward M. Chen |
| JOHN DOE,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>    Defendant. | |

1  The parties stipulate to the following, subject to the Court's approval.  The Court has set a
2  further status conference for December 23, 2011 at 9:00 a.m. and set December 16, 2011 as the
3  last day to file a joint supplemental status conference statement.  Counsel for Defendant will be
4  out of the office on leave on December 16, 2011 and on a flight home that day.  The parties thus
5  request that the Court permit the filing of the joint supplemental status conference statement on
6  December 19, 2011.

7  **IT IS SO STIPULATED**:

8  Dated: August 18, 2011              Respectfully submitted,

10                                     MELINDA HAAG
11                                     United States Attorney

13                                     ___/s/ Michael T. Pyle_____
                                       MICHAEL T. PYLE
14                                     Assistant United States Attorney

16                                     ___/s/ Steven F. Bruce_____
                                       STEVEN F. BRUCE
17                                     Attorney for Plaintiffs

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

19  The parties shall file a joint supplemental status conference statement on December 19, 2011
20  instead of on December 16, 2011.

21  DATED: _____August 22, 2011_____        _____
22                                            HONORABLE EDWARD M. CHEN
23                                            U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen