Steven Bruce, Esq., CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA  94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorneys for Plaintiff

MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:   (408) 535-5087
Facsimile:   (408) 535-5081
Email:       michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant<br><br>JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>　　　　Defendant | CIVIL ACTION Nos.:   3:06-CV-6108 MHP<br>　　　　　　　　　&   3:09-CV-980 MHP<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL CASE MANAGEMENT STATEMENT DUE DATE |

Plaintiffs Terrence Davis and John Doe ("Plaintiffs") and Defendant Michael J. Astrue ("Defendant") hereby submit this Stipulation and Proposed Order revising the schedule for the case management status conference. Subject to the Court's approval, the parties propose to change the filing date for the supplemental case management conference statement from January 27, 2012 to January 30, 2012 in order to accommodate the deposition being held at the Social Security Administration headquarters in Baltimore, Maryland on January 27, 2012.

Dated: January 10, 2012          /s/_____

Steven Bruce
Attorneys for Plaintiffs


Dated: January 10, 2012          MELINDA HAAG
United States Attorney

__/s/__Michael T. Pyle_____

Michael T. Pyle
Assistant United States Attorney
Attorneys for Defendant

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED:

The parties shall file their supplemental case management conference statement on January 30, 2012.

DATED: 1/11/12



_____ JUDGE