<div style="writing-mode: vertical">**United States District Court** For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, | No. C-06-6108 EMC |
| Plaintiff, | **RELATED TO** |
| v. | No. C-09-0980 EMC |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | **ORDER RE PLAINTIFFS' LETTER OF JANUARY 12, 2012** |
| Defendant. _____/ | **(Docket No. 259, C-06-6108)** |
| JOHN DOE, | **(Docket No. 171, C-09-0980)** |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. _____/ | |

Plaintiffs have filed a letter dated January 12, 2012, regarding a discovery dispute. Defendant responded to the letter on January 13, 2012. Having considered the parties' positions, the Court hereby rules as follows.

1. Defendant shall produce the documents at issue by January 30, 2012, and provide a privilege log for that document production by January 27, 2012. The parties should meet and confer to reschedule the Baltimore depositions after the production date. The Court **VACATES** the case management conference scheduled for February 3, 2012. The parties should file a joint request for a

case management conference after the Baltimore depositions have been completed (*e.g.*, one to two weeks after the depositions).

2. The Court understands that the last privilege log that Defendant provided to Plaintiffs was on or about November 29 or 30, 2011. Defendant is hereby ordered to provide an updated privilege log for documents that have been produced by January 27, 2012. For subsequent productions of documents, Defendant should provide a privilege log within 21 days of the production.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
EDWARD M. CHEN
United States District Judge

2