**United States District Court**
For the Northern District of California

1
2
3
4
5                       UNITED STATES DISTRICT COURT
6                       NORTHERN DISTRICT OF CALIFORNIA
7
8   TERRENCE DAVIS,                         No. C-06-6108 EMC
9              Plaintiff,                   **RELATED TO**
10         v.                               No. C-09-0980 EMC
11  MICHAEL J. ASTRUE, Commissioner of the
    Social Security Administration,
12                                          **ORDER RE HEARING ON FEBRUARY**
               Defendant.                   **3, 2012**
13  _____/
14  JOHN DOE,
15             Plaintiff,
16         v.
17  MICHAEL J. ASTRUE, Commissioner of the
    Social Security Administration,
18             Defendant.
19  _____/
20
21         The Court has been informed there is confusion as to which motions are set for hearing on
22  the Court's calendar on February 3, 2012.  This order clarifies that only Defendant's motion for
23  summary judgment (Davis Docket No. 195) is set for hearing on that date.  Plaintiffs' previously
24  filed summary judgment motion will not be heard until after the Court rules on Defendant's motion,
25  and after any additional discovery and briefing related to Plaintiffs' motion is completed – as
26  contemplated by Judge Patel per her comments at the hearing in November 2010, *see* Docket No.
27  192 (Tr. at 4, 7, 22), and further as stipulated by the parties and ordered by Judge Patel shortly
28  thereafter.  *See* Docket No. 191 (Stip. & Order ¶ 8).  To the extent the briefs on Defendant's motion

**United States District Court**
For the Northern District of California

1  incorporate by reference the briefs on Plaintiffs' earlier motion, the Court will consider those

2  materials.

3      The Court, however, shall hold a "status conference" on Plaintiffs' motion for summary

4  judgment at the hearing scheduled for February 3, 2012.  This status conference shall address the

5  need for further discovery and briefing on Plaintiffs' motion.  At this juncture, given Judge Patel's

6  effective denial without prejudice of Plaintiffs' motion for summary judgment, *see* Docket No. 192

7  (Tr. at 22) (stating that "I certainly couldn't grant summary judgment on the motion the way it is"),

8  the Court is inclined to have Plaintiffs file a renewed motion for summary judgment (assuming they

9  wish to proceed with a summary judgment motion) after any needed merits discovery is completed.

10  Such a motion would incorporate any new developments that have taken place and/or evidence that

11  has come about since Plaintiffs filed their original motion in August 2010.  *See* Davis Docket No.

12  155 (motion).

13

14      IT IS SO ORDERED.

15

16  Dated:  February 1, 2012

17                                         _____

18                                         EDWARD M. CHEN
                                           United States District Judge

19

20

21

22

23

24

25

26

27

28

2