**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS,<br><br>　　　　Plaintiff,<br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant.<br>_____/<br><br>JOHN DOE,<br><br>　　　　Plainitff,<br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>_____/ | Case No. 3:06-cv-06108 EMC  (NC)<br><br>**NOTICE OF REFERRAL AND SETTING DISCOVERY CONFERENCE**<br><br>Related to:<br><br>Case No. 3:09-cv-00980 EMC (NC) |

　　　These cases have been referred for discovery purposes. Plaintiffs shall identify by February 24, 2012 the specific privilege log entries still in dispute. Defendant to serve and file a single revised privilege log by March 2, 2012, with supporting declaration and brief, not to exceed 10 pages. Plaintiffs shall file and serve opposing brief by March 9, 2012, not to exceed 10 pages. A hearing is scheduled for March 14, 2012 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: February 21, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge