# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>   Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant.<br>_____<br>JOHN DOE,<br><br>   Plainitff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant. | Case No. 06-cv-06108 EMC (NC)<br><br>**ORDER RE: MOTION TO CHANGE TIMES IN NOTICE OF REFERRAL AND SETTING DISCOVERY CONFERENCE**<br><br>Re: Docket Nos. 284, 288<br><br>Related Case: No. 09-cv-00980 EMC (NC) |

    In consideration of defendant's motion to change times in notice of referral (Dkt. No. 284) and plaintiffs' opposition (Dkt. No. 288), the Court amends the current briefing schedule as follows:

    Defendant shall file and serve a single revised privilege log by March 5, 2012, with supporting declaration and brief, not to exceed 10 pages. Plaintiffs shall file and serve opposing brief by March 12, 2012, not to exceed 10 pages. No reply brief

Case No.  06-cv-06108 EMC (NC)
ORDER RE: MOTION TO
CHANGE TIME

permitted. The hearing remains scheduled for March 14, 2012 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.

    IT IS SO ORDERED.

DATED: February 29, 2012

                                                      NATHANAEL M. COUSINS
                                                      United States Magistrate Judge