UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS,<br><br>        Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant.<br>_____/<br>JOHN DOE,<br><br>        Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>        Defendant.<br>_____/ | No. C-06-6108 EMC<br><br>**RELATED TO**<br><br>No. C-09-0980 EMC<br><br><br>**ORDER RE JOINT STATEMENT RE PLAINTIFFS' SUMMARY JUDGMENT MOTIONS**<br><br>**(Docket No. 282 in C-06-6108;<br>Docket No. 193 in C-09-0980)** |

      In accordance with the Court's order of February 13, 2012, the parties filed a joint statement as to how to proceed with Plaintiffs' motion for summary judgment. Having considered the joint statement, the Court hereby rules as follows.

      (1)    The Court shall permit Plaintiff to move for partial summary adjudication on the five issues set forth in the Joint Statement Re Plaintiffs' Summary Judgment Motions (Docket No. 282 in C-06-6108 and Docket No. 193 in C-09-0980) pursuant to the schedule set forth below.

      (2)    Defendants shall have until May 2, 2012, to depose the following individuals: Plaintiffs; Edward Lee; Coleman Wong; Ariana Eroy; Ramona Davis; Nat Jordan; and William Fry.

(3) By May 16, 2012, Plaintiffs shall file a new motion for partial summary adjudication. Plaintiffs' prior motion for summary judgment is outdated given the passage of time and its focus on systemic relief. The motion shall be focused on the five issues. Plaintiffs may wish to rely on the deposition testimony of at least some, if not all, of the witnesses identified above in support of their motion.

(4) By May 30, 2012, the SSA shall file its opposition.

(5) By June 6, 2012, Plaintiffs shall file their reply.

(6) The Court shall hold a hearing on Plaintiffs' motion for summary judgment on June 22, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 1, 2012

_____
EDWARD M. CHEN
United States District Judge

2