# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant.<br>_____<br>JOHN DOE,<br><br>   Plainitff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant. | Case No. 06-cv-06108 EMC (NC)<br><br>**ORDER RE: DISPUTED PRIVILEGE LOG ENTRY NO. 4**<br><br>Re: Dkt. No. 325<br><br>Related Case: No. 09-cv-00980 EMC (NC) |

At issue is defendant SSA's disputed privilege log entry No. 4, an e-mail chain between SSA Commissioner Michael Astrue and third party Marty Ford. SSA asserts that it previously produced the above-referenced e-mail (bates stamped SSA-55673-55674) and document attachments in its possession, custody, and control, with one exception. The only document SSA withholds is entitled "SSA's response 10-13-2009," a document attachment to the e-mail in dispute. SSA asserts this document attachment contains personally identifiable information and other information protected by the

Case No.  06-cv-06108 EMC (NC)
ORDER RE: PRIVILEGE LOG

1 Privacy Act of 1974, 5 U.S.C. § 552a. *See* Dkt. No. 325. SSA further alleges that
2 plaintiffs are already in possession of this document attachment, as they included it as an
3 exhibit to their partial motion for summary judgment. Mtn. Part. Summ. Judg., Exh.
4 WW, Dkt. No. 158.

5     The Court orders that plaintiffs may file an opposition, if any, to defendant's
6 statement regarding disputed privilege log entry No. 4 on or before Wednesday, March
7 21, 2012.

8     IT IS SO ORDERED.

10 DATED: March 19, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge