# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant.<br>_____<br>JOHN DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant. | Case No. 06-cv-06108 EMC (NC)<br><br>**ORDER RE: DISPUTED PRIVILEGE LOG ENTRY NO. 4**<br><br>Re: Dkt. Nos. 325, 331<br><br>Related Case: No. 09-cv-00980 EMC (NC) |

The Court orders SSA to produce log entry No. 4, an email chain between SSA Commissioner Michael Astrue and third party Marty Ford with attachments, to the extent the documents are in SSA's possession, custody, or control and subject to the terms of the stipulated protective order entered in this case on November 17, 2009. *See* Stip. Prot. Order, Dkt. No. 123. Privacy Act concerns are appropriately addressed by the protective order.

//

Case No.  06-cv-06108 EMC (NC)
ORDER RE: PRIVILEGE LOG

1      SSA must produce the above-mentioned documents to plaintiffs no later than
2 5:00 pm (PST) on March 23, 2012.

3      IT IS SO ORDERED.

5 DATED: March 22, 2012

                                              _____
                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge