Steven Bruce, Esq., CBN 70300
D. Cameron Baker, Esq. CBN 154432
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA   94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorneys for Plaintiff

MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:      (408) 535-5087
Facsimile:      (408) 535-5081
Email:          michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant<br><br>JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant | CIVIL ACTION Nos.:<br><br>　　3:06-CV-6108 EMC (NC)<br>&　3:09-CV-980 EMC (NC)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR PLAINTIFFS TO FILE OBJECTION TO JUDGE COUSINS' MARCH 15, 2012 RECOMMENDATION |

STIPULATION AND [PROPOSED] ORDER
REGARDING TIME FOR PLAINTIFFS TO FILE OBJECTION TO JUDGE COUSINS'
MARCH 15, 2012 RECOMMENDATION

Plaintiffs Terrence Davis and John Doe ("Plaintiffs") and Defendant Michael J. Astrue ("Defendant") hereby submit the following Stipulation and Proposed Order.

WHEREAS Magistrate Judge Nathaniel Cousins issued his recommendation on Thursday, March 15, 2012;

WHEREAS on March 16, 2012, Judge Chen issued directives respecting further discovery in this matter and set August 24, 2012 as the date for the next Case Management Conference;

Therefore, the Parties HEREBY stipulate that Plaintiffs shall have until September 4, 2012 to file any objection to the March 15, 2012 Order re Discovery Dispute issued by Judge Cousins.

Dated: March 21, 2012

                /s/
Steven Bruce
Attorney for Plaintiffs

MELINDA S. HAAG
United States Attorney

Dated: March 21, 2012

                /s/
Michael T. Pyle
Assistant United States Attorney
Attorneys for the Federal Defendant

STIPULATION AND [PROPOSED] ORDER
REGARDING TIME FOR PLAINTIFFS TO FILE OBJECTION TO JUDGE COUSINS'
MARCH 15, 2012 RECOMMENDATION

- 2 -      06-CV-6108 EMC (NC)
    & 09-CV-980 EMC (NC)

**ORDER**

The Court orders that Plaintiffs have until September 4, 2012 to file any objection to the March 15, 2012 Order re Discovery Dispute issued by Judge Cousins.

**IT IS SO ORDERED.**

DATED: March 26, 2012 _____



JUDGE

STIPULATION AND [PROPOSED] ORDER
REGARDING TIME FOR PLAINTIFFS TO FILE OBJECTION TO JUDGE COUSINS'
MARCH 15, 2012 RECOMMENDATION

- 3 -                     06-CV-6108 EMC (NC)
                          & 09-CV-980 EMC (NC)