Steven Bruce, Esq., CBN 70300
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Tel (415) 931-3070
Fax (415) 931-2828
sbruce@pwdf.org

Attorneys for Plaintiff

MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
EVAN H. PERLMAN (MA BBO 651356)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5087
    Facsimile:   (408) 535-5081
    Email:       michael.t.pyle@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TERRENCE DAVIS, | ) | No. C 06-6108 EMC & No. C 09-980 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXTENDING FACT AND** |
| v. | ) | **EXPERT DISCOVERY DEADLINES** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | Hon. Edward M. Chen |
| Defendant. | ) ) | |
| | | |
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

1. The parties stipulate to the following, subject to the Court's approval. On March 16, 2012, the Court ordered that fact discovery be completed by June 8, 2012 and that expert discovery be completed by August 10, 2012. *See* Davis Docket No. 328. The parties have been conducting discovery and meeting and conferring about some disputed issues. The parties recently discovered some difficulties and in some cases impossibilities of trying to schedule all fact and expert discovery within the dates set by the Court, because various third party deponents have scheduling conflicts. These scheduling difficulties can be resolved by extending the fact and expert discovery deadlines by two weeks. The parties thus request that the Court (a) extend the fact discovery deadline from June 8, 2012 to June 22, 2012 and (b) extend the expert discovery deadline from August 10, 2012 to August 23, 2012.

**IT IS SO STIPULATED**:

Dated: April 25, 2012             Respectfully submitted,

                                  MELINDA HAAG

                                  United States Attorney

                                  ___*/s/ Michael T. Pyle*_____
                                  MICHAEL T. PYLE
                                  Assistant United States Attorney

                                  ___*/s/ Steven F. Bruce*_____
                                  STEVEN F. BRUCE
                                  Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

      The fact discovery deadline is extended from June 8, 2012 to June 22, 2012 and the expert discovery deadline is continued from August 10, 2012 to August 23, 2012.

DATED: 4/30/12

                                  HONORABLE EDWARD M. CHEN
                                  U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*