1  Steven Bruce, Esq., CBN 70300
   People With Disabilities Foundation
2  507 Polk Street, Suite 430
   San Francisco, CA 94102
3  Tel (415) 931-3070
   Fax (415) 931-2828
4  sbruce@pwdf.org

5  Attorneys for Plaintiff

6  MELINDA HAAG (SBN 132612)
   United States Attorney
7  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
8  MICHAEL T. PYLE (SBN 172954)
   EVAN H. PERLMAN (MA BBO 651356)
9  Assistant United States Attorneys

10         150 Almaden Blvd., Suite 900
           San Jose, California 95113
11         Telephone:    (408) 535-5087
           Facsimile:    (408) 535-5081
12         Email:        michael.t.pyle@usdoj.gov

13 Attorneys for Federal Defendant

14                      UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17 TERRENCE DAVIS,                      )   No. C 06-6108 EMC & No. C 09-980 EMC
                                        )
18                Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXTENDING FACT AND**
19         v.                           )   **EXPERT DISCOVERY DEADLINES**
                                        )
20 MICHAEL J. ASTRUE, Commissioner of   )   Hon. Edward M. Chen
   the Social Security Administration,  )
21                                      )
                  Defendant.            )
22 _____  )

23

24 JOHN DOE,                            )
                                        )
25                Plaintiff,            )
                                        )
26         v.                           )
                                        )
27 MICHAEL J. ASTRUE, Commissioner of   )
   the Social Security Administration,  )
28                                      )
                  Defendant.            )
   _____  )

The parties stipulate to the following, subject to the Court's approval.  On March 16, 2012, the Court ordered that fact discovery be completed by June 8, 2012 and that expert discovery be completed by August 10, 2012.  *See* Davis Docket No. 328.  The parties have been conducting discovery and meeting and conferring about some disputed issues.  The parties recently discovered some difficulties and in some cases impossibilities of trying to schedule all fact and expert discovery within the dates set by the Court, because various third party deponents have scheduling conflicts.  These scheduling difficulties can be resolved by extending the fact and expert discovery deadlines by two weeks.  The parties thus request that the Court (a) extend the fact discovery deadline from June 8, 2012 to June 22, 2012 and (b) extend the expert discovery deadline from August 10, 2012 to August 23, 2012.

**IT IS SO STIPULATED**:

Dated: April 25, 2012                    Respectfully submitted,

                    MELINDA HAAG
                    United States Attorney

                    ___/s/ Michael T. Pyle_____
                    MICHAEL T. PYLE
                    Assistant United States Attorney


                    ___/s/ Steven F. Bruce_____
                    STEVEN F. BRUCE
                    Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The fact discovery deadline is extended from June 8, 2012 to June 22, 2012 and the expert discovery deadline is continued from August 10, 2012 to August 23, 2012.

DATED: 4/30/12

_____
HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen