# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRENCE DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant.<br>_____<br>JOHN DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant. | Case No. 06-cv-06108 EMC (NC)<br>Related Case: 09-cv-00980 EMC (NC)<br><br>**ORDER STRIKING**<br>**"JOINT DISCOVERY PLAN"**<br><br>Re: Dkt. Nos. 352, 264 filed 6/8/12 |

    The Court STRIKES the "JOINT DISCOVERY PLAN" filed today by the parties, as it does not respond to the request of the Court that the parties convert their dueling proposals into an agreed schedule. If the parties are unable to agree on a proposed discovery schedule by June 11 at 5:00 p.m., the Court will impose its own discovery plan.

    All previously imposed deadlines, including the June 22 fact discovery deadline, remain in place.

    IT IS SO ORDERED.

DATED: June 8, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge